```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ISMAIL N. SMITH,                              :

                Plaintiff,    :         08 Civ. 1493 (SHS) (MHD)

   -against-                                 :         **ORDER OF REFERENCE**
                                                   **TO A MAGISTRATE JUDGE**
MARTIN F. HORN, *ET AL.*,                     :

               Defendants.   :
------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| **XX**   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___   Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___   Specific Non-Dispositive Motion/Dispute:* | ___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | Purpose: |
| | ___   Habeas Corpus |
| ___   Settlement* | ___   Social Security |
| ___   Inquest After Default/Damages Hearing | ___   Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Particular Motion: ___ |
| | All such motions: ___ |

Dated: New York, New York
       March 12, 2008

                                                                SO ORDERED:

                                                                Sidney H. Stein, U.S. District Judge

---

* Do not check if already referred for general pretrial.