Ismail-N-Smith
06A0819

Coxsackie Correctional Facility
P.O. Box 999
Coxsackie, NY 12051-0999

MARCH 31, 2008

APR 3 - 2008

To the Chambers of:

Justice Michael H. Dolinger
United States Magistrate Judge

RE: SMITH V. HORN, 08 Civ. 1493

DATE FILED: 4/4/08

Dear Justice Dolinger,

    I am in dire need of access to the prison law library. Unfortunatley for the past 10 months I have been experiencing difficulty's in obtaining access to the prison law library.

    I was told by the facility superintendant that in order to gain sufficient access to the law library I must have some type of document from the courts stating that I have a deadline with the courts.

    Can you please send me a brief notice stating that I have a deadline with the southern district, so that I may recieve adequat time in the law library.

    I am appearing pro-se before the court, and I need as much time to make copies and do research as possible.

Very Truly Yours,

Ismail Smith

ENDORSED ORDER

Plaintiff has a deadline of June 13, 2008 to have the summons and the complaint served on all defendants.

4/3/08