UNITED STATES DISTRICT COURT
Southern District of New York

Ismail-N-Smith                           Plaintiff

- Against -

Commissioner Martin F. Horn Et Al.,
                    Defendant

REQUEST FOR
EXTENTION OF TIME
08 CV 1493
            (S.H.S)

APR 29 2008

5/7/08

With respect to the Court I Ismail-N-Smith Ask for An Extention of time to produce the requested documents which was requested by Elicia Thomas of the office of the Corporation Counsel law Department for New York City on the 23 day of April 2008 Due soley to the fact, that I have to perform Certain Procedures prerequisited in obtaining Access to the Notary office here at this facility, And Also because for som time now there hasn't been any person Available to perform Notary due to Administrative changes within this facility

Please permit for me A 30 DAY TIME EXTENTION in order to provide the Neccessary documents As proscribed in Rule 6(b) of the Federal Rules of Civil Procedure.

Thank-you very much for your time And consideration in the matter at hand.

Very Truly yours,

Ismail-N-Smith

APRIL 23, 2008
DATED    COXSACKIE, NY

CC:
5/5/08

ENDORSED ORDER
Application granted. Plaintiff is
to sign and return the releases
by May 30, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————X

Ismail – N – Smith

**AFFIRMATION OF SERVICE**

-against-

08 Civ. 1493 (SHS)

Commissioner Horn Et. AL.,

—————————————————————————X

I,  Ismail – N – Smith  , declare under penalty of perjury

that I have served a copy of the attached  REQUEST FOR Extention of

Time to Produce documents

upon  HON MICHAEL H. DOLINGER MAGISTRATE Judge

whose address is  UNITED STATES DISTRICT COURT SOUTHERN

District of NEW YORK 500 PEARL STREET, ROOM 1670

NEWYORK, NY. 10007- 1312  .

DATED:  April 23 , New York

—————————, 2008

Signature

Coxsackie Cor Facility P.O
Address

Box999 Coxsackie, NY. 12051-0999
City, State & Zip Code

LL CC