UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISMAIL-N-SMITH                    PLAINTIFF

—Against—

COMMISSIONER HORN, ET AL.,
                                  DEFENDANT

REQUEST FOR
EXTENTION OF TIME
RULE 6(b)
08 CIV 1493
(S.H.S)(M.H.D)

With respect to the court I Ismail-N Smith Ask for an additional extention of time to produce the requested documents which was originaly requested by Felicia Thomas, but then rerequested by Bradford C. Patrick of the Corporation Counsel law Department for New York City on the 8th day of may 2008.

The Defendants attorney maintains that I did not fill out the NYCHHC HIPPA Forms appropriatly, and that the defendants were unable unable to access the requested documents.

Due soley to this fact, and to the fact that the plaintiff is appearing pro-se.

The plaintiff has to perform certain procedures prerequisited in obtaining access to the notary office here at

ENDORSED ORDER
Application granted
[signature] USDJ
5/20/08

And also to the fact that an available notary person is very limited at this facility, therefore the notary schedule is subject to fluctuate periodically.

    Please permit for me a 14 day Time extention begining from the 21st day of May 2008 in order to provide the neccessary documents as proscribed in Rule 6(b) of the Federal Rules of Civil Procedure.

    Thank-you very much for your time and consideration in the matter at hand.

VERY TRULY Yours

*[signature]*
Ismail-N-Smith

MAY 15, 2008
DATED   COXSACKIE
NEW YORK