

ENDORSED ORDER

Application granted. Defendants are to answer or otherwise respond to the complaint by no later than July 11, 2008.

[signature] 5/13/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

BRADFORD C. PATRICK
*Assistant Corporation Counsel*
Tel.: (212) 788-1575
Fax: (212) 788-9776

May 12, 2008

BY HAND
Honorable Michael H. Dolinger
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

MAY 13 2008

Re: Smith v. Horn, et al., 08 CV 1493 (SHS)(MHD)

Dear Magistrate Judge Dolinger:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants Commissioner Martin Horn and Warden Gregory McLaughlin in the above-referenced matter. I am writing to respectfully request a sixty-day enlargement of time, from May 12, 2008 until July 11, 2008, within which defendants Horn and McLaughlin may answer or otherwise respond to the complaint. I write directly to the Court because plaintiff is currently incarcerated and proceeding pro se in this matter. This is defendants Horn and McLaughlin's first request for an enlargement of time in this action.

    The complaint alleges, inter alia, that plaintiff was the victim of an inmate-on-inmate assault. In addition to defendants Horn and McLaughlin, the complaint purports to name "Officer Natalie", "John doe corrections officer for 3-11 shift in 4 upper at A.R.D.C. on 10-24-05", "John doe supervisor in charge of security of Rikers Island", and "John Doe corrections officer in charge of moving plaintiff from 2 main back to 4 upper" as defendants. Before this office can respond to the complaint, we will need to investigate the facts of the case. The enlargement of time will allow us to investigate the matter.

    In view of the foregoing, it is respectfully requested that the Court grant the within request extending defendants Commissioner Martin Horn and Warden Gregory McLaughlin's time to answer or otherwise respond to the complaint until July 11, 2008.



MICROFILMED MAY 2 0 2008 -3 00 PM

Thank you for your consideration in this regard.

                                        Respectfully submitted,

                                        Bradford C. Patrick
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

CC:    BY MAIL
        Ismail N. Smith, DIN #06-A-0819
        Plaintiff Pro Se
        Coxsackie Correctional Facility
        P.O. Box 999
        Coxsackie, NY 12051-0999