UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISMAIL-N-SMITH

      PLAINTIFF

-AGAINST-

COMMISSIONER MARTIN F. HORN
      DEFENDANT



REQUEST FOR
EXTENSION OF
TIME

08 CIV 1493 (SHS)
(M.H.D)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

IN REGARDS to the letter and request sent to me by the corporation counsel law department dated June 30, 2008, which was recieved by me on July 3, 2008, plaintiff respectfully request that the court grant the plaintiff an extension of time to adequatEly produce the requested documents for the defendant's.

  Plaintiff also maintains that the prior insufficiently completed medical discloser request was indeed a harmless error in pursuiant to rule 61, due soley to the fact that the defendant was not specific in instructions as to properly complete the discloser medical

-1-

ENDORSED ORDER

Plaintiff is directed to fill out and return to defendants' attorney the release previously sent to him. This is to be done by Aug. 4, 2008.

[signature] 7/10/08

release form.

The plaintiff named, R.D chambers as his medical provider due soley to the fact that R.D chambers was the physician who treated the plaintiff, on the said day of the 10-24-05 incident.

Furthermore the defendant did fill out the annexed NYCHHC HIPAA form properly.

whereas the plaintiff humbly request for a 30 day extension of time beginning from July 7, 2008, to make appointment for law library in order to make copies and appointment for notary.

July 5, 2008

Respectfully submitted,

Ismail Smith

ISMAIL-N-SMITH
PlAINTIFF PRO-SE
COXSACKIE Correctional

-2-