UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
                                               :

ISMAIL N. SMITH,
                                               :

                 Plaintiff,          **ORDER**

                                             :

     -against-                   08 Civ. 1493 (SHS)(MHD)

                                           :

MARTIN HORN, et al.,
                                           :

               Defendants. :
-------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby **ORDERED** that a telephone conference has been scheduled in the above-captioned action on **TUESDAY, AUGUST 5, 2008 at 10:00 AM**, at which time you are directed to call chambers at (212) 805-0204. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        July 28, 2008

                                            SO ORDERED.

                                            MICHAEL H. DOLINGER
                                            UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Mr. Ismail N. Smith
06-A-0819
Coxsackie Correctional Fac.
P.O. Box 999
Coxsackie, NY 12051-0999

Bradford C. Patrick, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007