```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
                                  :
ISMAIL N. SMITH,                  :
                                  :
                    Plaintiff,    :          ORDER
                                  :
         -against-                :   08 Civ. 1493 (SHS)(MHD)
                                  :
MARTIN HORN, et al.,              :
                                  :
                    Defendants.   :
---------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

A pre-trial telephone conference having been held with plaintiff and counsel for the defendants,

It is hereby **ORDERED** as follows:

1. All discovery is to be completed by **December 31, 2008.**

2. The parties are to submit a joint pre-trial order by **February 15, 2008**, unless a potentially dispositive motion has been served by that date. To accomplish this, plaintiff is to provide his portion of the joint pre-trial order (including a statement of his claims, a list of his contentions of fact, a list of his trial witnesses, and a list of trial exhibits) to defendants' counsel by no later than **January 15, 2009**. Defendants are to provide the equivalent information to plaintiff by no later than **January 30, 2009**. Defendants' counsel is to meet with

plaintiff in an attempt to agree on stipulations of fact and admissibility of exhibits by no later than **February 6, 2009**. Defendants' counsel is to arrange for the preparation of the final version of the joint pre-trial order and its signing and submission to the Court.

DATED:   New York, New York
         August 5, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed this date to:

Mr. Ismail N. Smith
06-A-0819
Coxsackie Correctional Fac.
P.O. Box 999
Coxsackie, NY 12051-0999

Bradford C. Patrick, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007