AUG -4 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISMAIL-N-SMITH

          PLAINTIFF

—AGAINST—

MARTIN F. HORN  et.al.,

          DEFENDANTS

ENDORSED ORDER

No reply is required.

[signature] 8/4/08

REQUEST FOR AN EXTENTION OF TIME TO REPLY TO DEFENDANTS ANSWER TO COMPLAINT

08 CIV 1493 (SHS) (MHD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/08

PLAINTIFF HUMBLY REQUEST FOR AN 60 DAY EXTENTION OF TIME TO REPLY TO DEFENDANTS ANSWER TO COMPLAINT WHICH WAS RECIEVED BY THE PLAINTIFF ON JULY 21, 2008.

ONLY IF A REPLY TO DEFENDANTS ANSWER TO COMPLAINT HAS BEEN MANDATED OR ORDERED BY THE COURT.

DATED JULY 30, 2008
COXSACKIE, NY

[signature]
ISMAIL-N-SMITH
PRO-SE

MICROFILMED AUG - 7 2008 -9 AM